# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAZARIOUS CLAYTON

NO. 2025 KW 1108

**MARCH 23, 2026**

---

In Re:    Lazarious Clayton, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          10-11-0195.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              PMc
                              HG
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT